*E-Filed 6/19/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROY BRIDGEFORTH, | No. C 12-2812 RS (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| CDC/MEDICAL, | |
| Defendants. | |

Plaintiff, currently held at California Rehabilitation Center ("CRC"), has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 alleging violations of his constitutional rights while held at CRC, which lies in Riverside County. A substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in the County of Riverside, which lies within the venue of the Central District of California. *See* 28 U.S.C. § 84(b). Venue therefore properly lies in the Central District. *See id*. § 1391(b). Accordingly, in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the Central District of California. The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED**.

DATED: June 19, 2012

RICHARD SEEBORG
United States District Judge